JULIA GOLDMAN, Respondent, *v.* AMERICAN WOMAN'S REALTY CO., INC., Appellant.

Submitted January 9, 1942; decided February 26, 1942.

*Harold V. Angevine* and *James A. Hughes* for appellant.

*Isidor Enselman, Gustave G. Rosenberg* and *Henri Pressprich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.